FILED
VANESSA L. ARMSTRONG, CLERK

DEC - 8 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA           PLAINTIFF

vs.           CRIMINAL ACTION NO. 3:16 CR-164 TBR

**KYLE WILLETT**           DEFENDANT

## MOTION TO SEAL INFORMATION

Comes the United States of America, by counsel, John E. Kuhn, Jr., United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing the Information, and all materials relating to the herein matter dated December 8, 2016. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

*/s/ Bryan R. Calhoun*

Bryan R. Calhoun
Assistant U.S. Attorney