UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                            CRIMINAL ACTION NO. 3:16CR-164-TBR

KYLE WILLETT                                                  DEFENDANT

*****

### **ORDER**

Defendant Kyle Willett, by counsel, having moved to continue this matter, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Continue is GRANTED.

IT IS FURTHER ORDERED that the initial hearing is rescheduled to December 21, 2016 at 3:00 p.m.

cc: Counsel of Record