**FILED**
VANESSA L. ARMSTRONG, CLERK

DEC 21 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CRIMINAL ACTION NUMBER: 3:16CR-164-TBR

KYLE WILLETT     DEFENDANT

### CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by United States Magistrate Judge Dave Whalin, of my right to enter my plea in this case before the United States District Court. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by the United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if my plea of guilty is accepted by the United States Magistrate Judge, and he recommends that the plea be accepted, the assigned United States District Judge will then decide whether to accept or reject any plea agreement I may have with the United States and will adjudicate guilt and impose sentence. I further understand and agree that I have fourteen (14) days from the date of entry of the recommendation on the plea of guilty in which to file any objections to the recommendation, or I will waive the opportunity to do so under F.R.C.P. 72(b).

This 21st day of December, 2016     SEEN AND AGREED:

_____
Defendant

_____
Assistant United States Attorney

_____
Defense Counsel