UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:16CR-164-TRB
UNITED STATES OF AMERICA,                                        PLAINTIFF,

vs.

KYLE WILLETT                                                     DEFENDANT.

## MOTION TO TERMINATE SUPERVISED RELEASE

*Electronically Filed*

Comes the defendant, Kyle Willett, by counsel, and hereby moves this Court to terminate his supervised release, pursuant to 18 U.S.C. § 3583(e). As grounds for this motion, the defendant states that he was convicted by Information of one count of Theft from Interstate Shipment. He was sentenced to 5 months in prison followed by 2 years of supervised release. He began his supervised release on or about November 25, 2017. He has served over a year on supervised release.

Since beginning his supervised release, Mr. Willett has maintained employment. Currently, he works as a licensed electrician for a local company. He has been gainfully employed since December 4, 2017.

Aside from his employment success, Mr. Willett continues to have a stable home life. He has a strong marriage and has lived in the same residence since 2011.

Mr. Willett is a success story on supervised release. Unlike so many that are released from prison, he has obtained and maintained employment. He has maintained a

stable personal life. He has complied with the conditions of his supervised release. He is a contributing member of society.

On December 11, 2018, the undersigned spoke with United States Probation Officer Todd Mousty concerning this request. Officer Mousty indicated that Mr. Willett was compliant and that United States Probation was in the process of requesting early release for Mr. Willett. Officer Mousty authorized me to say that he was not opposed to early release.

Supervised release is designed to assist defendants reintegrate into the community upon release from prison. Mr. Willett has succeeded and accomplished all of the goals of supervised release. He is no longer in need of supervised release. Importantly, at this stage in his life and career it would assist Mr. Willett more to be removed from supervised release than to continue.

For these reasons, early termination of supervised release is warranted by the conduct of the defendant and in the interests of justice. Mr. Willett respectfully requests that this Court grant this motion and terminate his supervised release.

/s/ Brian Butler
600 West Main St, Suite 500
Louisville, Kentucky 40202
(502) 594-1802
Counsel for Defendant.

## CERTIFICATE

I certify that the foregoing motion was electronically filed and notice was served on the United States, this 11th day of December, 2018.

/s/Brian Butler
Counsel for Defendant