UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:16CR-164-TRB
UNITED STATES OF AMERICA, PLAINTIFF,

vs.

KYLE WILLETT DEFENDANT.

## ORDER

Defendant having moved the Court as above set forth, and the Court being otherwise sufficiently advised, the United States has no objection.

**IT IS ORDERED AND ADJUDGED** that defendant's supervised release is hereby terminated. (Docket #34 granted)

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

December 21, 2018

cc: Counsel/AUSA